7/16/2025 11:23 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-002049
Selina Hamilton

**CAUSE NO. D-1-GN-25-002049**

| | | |
|---|---|---|
| **IN RE HAYS COUNTY, TEXAS,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | **TRAVIS COUNTY, TEXAS** |
| *Plaintiff* | § | |
| | § | **126th JUDICIAL DISTRICT** |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 12:16:45 PM
CHRISTOPHER A. PRINE
Clerk

**CONSOLIDATED WITH**
**CAUSE NO. 24-2885 (HAYS COUNTY)**

| | | |
|---|---|---|
| **LESLIE CARNES, JIM CAMP,** | § | **IN THE DISTRICT COURT OF** |
| **CATHEY RAMSEY, and GABRIELLE** | § | |
| **MOORE,** | § | |
| *Intervenors/Counter-Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | **HAYS COUNTY, TEXAS** |
| **COUNTY OF HAYS, RUBEN** | § | |
| **BECERRA, DEBBIE INGALSBE,** | § | |
| **MICHELLE COHEN, LON SHELL,** | § | |
| **and WALT SMITH, in their official** | § | |
| **capacities,** | § | |
| *Counter-Defendants.* | § | **207th JUDICIAL DISTRICT** |

## HAYS COUNTY'S NOTICE OF APPEAL

This Notice of Appeal is filed by Hays County, Texas, Ruben Becerra, Debbie Ingalsbe, Michelle Cohen, Lon Shell,[1] and Walt Smith, in their official capacities (collectively, "Hays County"), as parties to this proceeding who seek to alter the trial court's final judgment or other appealable order.

1.     The trial court, cause number, and style of this case are shown in the caption above.

2.     Hays County, Texas, Ruben Becerra, Debbie Ingalsbe, Michelle Cohen, Lon Shell, and Walt Smith, in their official capacities desire to appeal the *Order on Counter-Plaintiffs' Motion for Summary Judgment* dated June 23, 2025, and the *Final Judgment* rendered on

---

[1] Lon Shell is no longer a member of the Commissioners Court. He did not run for re-election, and a new member of the Commissioners Court (Morgan Hammer) was sworn in on January 1, 2025.

June 26, 2025.

3. This appeal is being taken to the Fifteenth Court of Appeals. *See* TEX. GOV'T CODE § 22.220(d).

4. This is an accelerated appeal pursuant to Tex. Gov't Code § 1205.068(e).

Respectfully submitted,

**McGINNIS LOCHRIDGE LLP**
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (telecopier)
mshaunessy@mcginnislaw.com
idavis@mcginnislaw.com
ajones@mcginnislaw.com
jpiriano@mcginnislaw.com

By:  */s/ Michael Shaunessy*
MICHAEL SHAUNESSY
State Bar No. 18134550
IAN M. DAVIS
State Bar No. 24120793
AUSTIN JONES
State Bar No. 24116579
JEENA PIRIANO
State Bar No. 24137118

***Attorneys for Hays County, Texas, Ruben Becerra, Debbie Ingalsbe, Michelle Cohen, Lon Shell, and Walt Smith, in their official capacities***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify, by my signature below, that a true and correct copy of the above and foregoing has been electronically filed and forwarded, via the Texas E-filing Manager, to the following on the 16th day of July, 2025:

Bill Aleshire
ALESHIRELAW, P.C.
3605 Shady Valley Drive
Austin, Texas 78739
bill@aleshirelaw.com
*Attorney for Intervenors/Counter-Defendants Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrielle Moore*

William B. Gammon
GAMMON LAW OFFICE, PLLC
901 South MoPac, Building 1, Suite 300
Austin, Texas 78746
firm@gammonlawoffice.com
*Attorney for Intervenors/Counter-Defendants Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrielle Moore*

William G. Bunch
Robert "Bobby" Levinski
SAVE OUR SPRINGS ALLIANCE
4701 Westgate Boulevard, Suite D-401
Austin, Texas 78745
bill@sosalliance.org
bobby@sosalliance.org
*Attorney for Intervenors/Counter-Defendants Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrielle Moore*

Lynn Saarinen, Assistant Attorney General
ATTORNEY GENERAL OF TEXAS
FINANCIAL LITIGATION SECTION, GENERAL LITIGATION DIVISION
MC-017
P. O. Box 12548
Austin, Texas 78711-2548
lynn.saarinen@oag.texas.gov
*Attorney General of Texas*

/s/ Michael Shaunessy
MICHAEL SHAUNESSY

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julie Denny on behalf of Michael Shaunessy
Bar No. 18134550
jdenny@mcginnislaw.com
Envelope ID: 103199565
Filing Code Description: Notice of Appeal
Filing Description: HAYS COUNTY'S NOTICE OF APPEAL
Status as of 7/16/2025 12:08 PM CST

Associated Case Party: GABRIELLE MOORE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bill Aleshire | | Bill@AleshireLaw.com | 7/16/2025 11:23:15 AM | SENT |
| Bill Bunch | | bill@sosalliance.org | 7/16/2025 11:23:15 AM | SENT |

Associated Case Party: HAYS COUNTY, TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ian M.Davis | | idavis@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |

Associated Case Party: KEN PAXTON ATTORNEY GENERAL OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 7/16/2025 11:23:15 AM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 7/16/2025 11:23:15 AM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 7/16/2025 11:23:15 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 7/16/2025 11:23:15 AM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 7/16/2025 11:23:15 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael  Shaunessy | | mshaunessy@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| William B.Gammon | | firm@gammonlawoffice.com | 7/16/2025 11:23:15 AM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julie Denny on behalf of Michael Shaunessy
Bar No. 18134550
jdenny@mcginnislaw.com
Envelope ID: 103199565
Filing Code Description: Notice of Appeal
Filing Description: HAYS COUNTY'S NOTICE OF APPEAL
Status as of 7/16/2025 12:08 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| William B.Gammon | | firm@gammonlawoffice.com | 7/16/2025 11:23:15 AM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| Jeena Piriano | | jpiriano@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| William G.Bunch | | bill@sosalliance.org | 7/16/2025 11:23:15 AM | SENT |
| Robert Levinski | | bobby@sosalliance.org | 7/16/2025 11:23:15 AM | SENT |
| Michael Shaunessy | | mshaunessy@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |
| Jeena Piriano | | jpiriano@mcginnislaw.com | 7/16/2025 11:23:15 AM | SENT |